UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAN ROCCO THERAPEUTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NICK LESCHLY, MITCHELL FINER, PHILIP REILLY, CRAIG THOMPSON, THIRD ROCK VENTURES, LLC, BLUEBIRD BIO, INC., AND 2SEVENTY BIO, INC.,<br><br>    Defendants. | Case No.: 1:23-cv-10919-ADB |

**MOTION TO WITHDRAW DECLARATION OF DEFENDANT CRAIG THOMPSON, M.D., IN SUPPORT OF HIS MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6) [D.E. 64-1] AND <u>FILE CORRECTED DECLARATION OF DEFENDANT CRAIG THOMPSON, M.D.</u>**

Defendant Craig Thompson, M.D., hereby moves this Court to withdraw his declaration filed in support of his motion to dismiss (D.E. 64-1) and file a corrected version of the declaration (attached hereto as Exhibit A).

In light of the objections raised by plaintiff in its opposition to Dr. Thompson's motion to dismiss (D.E. 75) concerning certain statements in the declaration, Dr. Thompson states that he no longer intends to rely on his declaration, as originally filed, in support of his motion to dismiss. Dr. Thompson and his counsel conducted a reasonable inquiry into the allegations and exhibits cited by plaintiff and believe a corrected declaration is necessary to clarify the record.

Plaintiff objects to the filing of this motion and the submission of a corrected affidavit because it believes some of the statements contained therein are false or misleading and believes Dr. Thompson's motion to dismiss should be withdrawn in its entirety. During the parties' meet and confer on this motion, counsel for Dr. Thompson asked Plaintiff's counsel to identify any

statements in the corrected declaration Plaintiff alleges are false or misleading and Plaintiff's counsel refused to do so. Counsel for Dr. Thompson has reviewed the underlying motion to dismiss and memorandum filed in support of the motion and represents that to the best of counsel's knowledge, information, and belief, and following an inquiry reasonable under the circumstances, there was no need to withdraw or correct the motion.

WHEREFORE, for the foregoing reasons, Dr. Thompson respectfully requests that the Court withdraw his original declaration (D.E 64-1) and permit him to file the attached corrected declaration in support of his motion to dismiss.

Dated: December 15, 2023

Respectfully submitted,

*/s/ Madeleine K. Rodriguez*
Madeleine K. Rodriguez (BBO No. 684394)
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617 832 1000
Facsimile:  617 832 7000
mrodriguez@foleyhoag.com

Peter A. Sullivan (*pro hac vice*)
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
Telephone:  212 812 0400
Facsimile:  212 812 0399
psullivan@foleyhoag.com

*Attorneys for Defendant Craig Thompson, M.D.*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Dr. Thompson conferred with Plaintiff's counsel concerning the subject matter of this motion and has attempted in good faith to resolve or narrow the issues. These efforts were unsuccessful. Plaintiff's counsel objects to the filing of this motion on the grounds that the corrected declaration allegedly contains falsehoods and misrepresentations. When counsel for Dr. Thompson asked Plaintiff's counsel to identify the statements in the corrected declaration that they allege are false or misleading, Plaintiff's counsel refused to identify any such statements.

*/s/ Madeleine K. Rodriguez*
Madeleine K. Rodriguez

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically on December 15, 2023, to the register participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to any non-registered parties.

*/s/ Madeleine K. Rodriguez*
Madeleine K. Rodriguez

*Attorney for Defendant Craig Thompson, M.D.*