IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAN ROCCO THERAPEUTICS, LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>NICK LESCHLY, MITCHELL FINER, PHILIP REILLY, CRAIG THOMPSON, THIRD ROCK VENTURES, LLC, BLUEBIRD BIO, INC., 2SEVENTY BIO, INC.,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-10919-RGS |

**NOTICE OF ATTORNEYS' LIEN**

　　　　Pursuant to M.G.L. c. 221, § 50, Lenore Horton and Shatilla Shera B. Cairns, attorneys of the law firm Horton Legal Strategies PLLC ("HLS"), hereby file this Notice of Attorneys' Lien and assert a lien for reasonable fees and expenses in the above-captioned action that remain unpaid and outstanding at the time of and upon any judgment, settlement, decree, or other order entered or made in favor of Plaintiff San Rocco Therapeutics, LLC, and upon the proceeds derived therefrom.

　　　　HLS reserves the right to seek enforcement of this lien under G.L. c. 221, § 50, with respect to such unpaid and outstanding amounts, if any exist and as may be determined accordingly, at the time of such judgment, settlement, decree, or other order in favor of Plaintiff.

1

Dated: March 22, 2024            Respectfully Submitted,

/s/ Shatilla Shera B. Cairns
Lenore Horton (*pro hac vice withdrawn*)
Shatilla Shera B. Cairns, BBO #684985
HORTON LEGAL STRATEGIES PLLC
11 Broadway, Suite 615
New York, NY 10004
(212) 888-9140
lenore@hortonlegalstrategies.com
shatilla@hortonlegalstrategies.com

*Former Attorneys for Plaintiff*
*San Rocco Therapeutics, LLC*

**CERTIFICATE SERVICE**

I, Shatilla Shera B. Cairns, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on the date below.

Dated: March 22, 2024            /s/ Shatilla Shera B. Cairns
                                                    Shatilla Shera B. Cairns, BBO #684985