# EXHIBIT "A"

## Page, Erika M.

| | |
|---|---|
| **From:** | Page, Erika M. |
| **Sent:** | Thursday, March 14, 2024 3:41 PM |
| **To:** | Shatilla Shera Cairns |
| **Cc:** | Lenore Horton; French-Brown, Wanda D.; Kim, MJ; McConnell, James H. |
| **Subject:** | RE: San Rocco Therapeutics, LLC v. Leschly et al | 1:23-cv-10919-ADB |

Shantilla:

On behalf of SRT, we assent to you filing your Motion to Withdraw only. To be clear, we are not authorized by SRT to assent to you filing any other pleadings, apart from the motion to withdraw, with regards to this case.

Best,
Erika



**Erika M Page**
Associate

980 Jolly Road
Suite 110
Blue Bell, PA 19422

📞 (610) 397-2232
📱 (856) 906-7547
🖨 (610) 397-0450
✉ epage@foxrothschild.com

**Learn about our new brand.**

---

**From:** Shatilla Shera Cairns <shatilla@hortonlegalstrategies.com>
**Sent:** Thursday, March 14, 2024 3:24 PM
**To:** jeffrey.robbins@saul.com; patrick.tracey@saul.com; evan.gotlob@saul.com; mrodriguez@foleyhoag.com
**Cc:** French-Brown, Wanda D. <WFrench-Brown@foxrothschild.com>; Page, Erika M. <EPage@foxrothschild.com>; Lenore Horton <lenore@hortonlegalstrategies.com>
**Subject:** [EXT] San Rocco Therapeutics, LLC v. Leschly et al | 1:23-cv-10919-ADB

Dear Counsel,

Attorney Horton and myself at Horton Legal Strategies PLLC no longer represent Plaintiff Sand Rocco Therapeutics, LLC in the above-referenced matter. Accordingly, we intend to withdraw our appearance as attorneys or record. Please note that co-counsel, the attorneys of record at Fox Rothschild LLP, remain and continue to represent the Plaintiff.

In light of the currently-pending motions to withdraw, however, we are required under the local rules to request leave from the Court to withdraw. To alleviate time and resources for all, we are reaching out to you as counsel for the respective parties to obtain you assent to a motion to withdraw. We hope to file such motion to withdraw

on or before tomorrow, Friday, March 15. Please advise us of your position and/or whether we may note your assent.

Thank you for your time and attention here.

Very truly yours,


**Shatilla Shera B. Cairns** | Counsel
shatilla@hortonlegalstrategies.com
_____

**HORTON LEGAL STRATEGIES PLLC**
New York City | Washington DC | Worldwide Clientele
Get Counsel. Add Value.®

Direct: +1.617-865-4220
Click here to schedule a time to speak with me.

This information is sent by a law firm or a legal department. Information contained herein is only for the personal and confidential use of the intended recipient(s). If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

2