UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**San Rocco Therapeutics, LLC**
     Plaintiff

V.

**Nick Leschly et al**
     Defendants

CIVIL ACTION

NO. **1:23-cv-10919-ADB**

### ORDER OF DISMISSAL

Burroughs, D. J.

    Pursuant to the court's Memorandum and Order [Doc. No. 105] granting Defendants' Motions to Dismiss [Doc. No. 56, 63], Plaintiffs' Amended Complaint [Doc. No. 42] is dismissed. This case is CLOSED.

    IT IS SO ORDERED.

                                                      By the Court,

10/2/2024                                                     /s/ Caetlin McManus
  Date                                                             Deputy Clerk